ELISE R. SANGUINETTI, SBN 191389
HINTON, ALFERT & SUMNER
1646 N. California Blvd., Suite #600
Walnut Creek, California 94596
Telephone: (925) 932-6006
Facsimile: (925) 932-3412

Attorneys for Plaintiffs
BOLF

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK BOLF AND CAROLE BOLF, | Case No. 3:05-cv-05374-PJH |
| Plaintiffs, | **STIPULATION AND ORDER DISMISSING GENERAL MOTORS NORTH AMERICA WITHOUT PREJUDICE FROM ACTION** |
| v. | |
| GENERAL MOTORS CORPORATION, GENERAL MOTORS NORTH AMERICA, GENERAL MOTORS OF CANADA LIMITED, and DOES 1 THROUGH 100, INCLUSIVE, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated by and between plaintiffs FRANK BOLF and CAROLE BOLF and defendant GENERAL MOTORS CORPORATION, through their respective counsel of record, that plaintiffs' complaint and all causes of action alleged against GENERAL MOTORS NORTH AMERICA are hereby dismissed without prejudice, with each party to bear its own attorneys fees and costs.

DATED: February 16 2006.            HINTON, ALFERT & SUMNER

                                    By _____
                                       ELISE R. SANGUINETTI
                                       Attorneys for Plaintiffs BOLF

                                    BOWMAN AND BROOKE

                                    By _____
                                       ASHLEY E. DAY
                                       Attorneys for Defendant
                                       GENERAL MOTORS CORPORATION

- 1 -
STIPULATION OF DISMISSAL: ORDER OF DISMISSAL

1      IT IS ORDERED that defendant GENERAL MOTORS NORTH AMERICA is hereby
2 dismissed without prejudice from this action, with each party to bear its own attorneys fees and
3 costs.
4 DATED:  2/22/06  _____

6                      JUDGE OF THE UNITED STATES DISTRICT COURT

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
STIPULATION OF DISMISSAL; ORDER OF DISMISSAL