UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. BOLF AND CAROLE BOLF ) | CASE NO. C 05-05374 PJH |
| Plaintiff(s), ) | |
| v. ) | **STIPULATION AND [P~~ROPOSED~~]** |
| ) | **ORDER SELECTING ADR PROCESS** |
| GENERAL MOTORS CORPORATION, ) | |
| GENERAL MOTORS NORTH AMERICA, ) | |
| GENERAL MOTORS OF CANADA LIMITS; ) | |
| and DOES 1 TO 100, inclusive ) | |
| Defendant(s). ) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE) (ADR L.R. 5)
  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  Private ADR *(please identify process and provider)* <u>The parties have agreed to an early mediation with Justice Robert Dossee (Ret.) of JAMS on 5/23/2006.</u>

The parties agree to hold the ADR session by:
  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  other requested deadline _____

Dated: 4/12/06

*Elise R Sanguinetti*

Peter J. Hinton
Elise Sanguinetti
Hinton, Alfert & Sumner, P.C.
1646 North California Boulevard, Suite 600
Walnut Creek, CA 94596
(925) 932-6006

AND

James L. Gilbert
Stuart A. Ollanik
Carrie R. Frank
Gilbert, Frank, Ollanik & Komyatte, P.C.
5400 Ward Road, Bldg. IV, Suite 200
Arvada, CO 80002-1819
(303) 431-1111

Attorneys for Plaintiff

Dated: 4/12/06

Vincent Galvin
Barbara Frischholz
Ashley Day
Bowman and Brooke, LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110-1355
(408) 279-5393

Attorney for Defendant

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
  Mediation
  X Private ADR

Deadline for ADR session
  90 days from the date of this order.
  other _____

IT IS SO ORDERED.
Dated: 4/13/06

**IT IS SO ORDERED**
*Judge Phyllis J. Hamilton*

UNITED STATES JUDGE
The Honorable Phyllis J. Hamilton