ELISE R. SANGUINETTI, SBN 191389
HINTON, ALFERT & SUMNER
1646 N. California Blvd., Suite #600
Walnut Creek, California 94596
Telephone: (925) 932-6006
Facsimile: (925) 932-3412

Attorneys for Plaintiffs
BOLF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK BOLF AND CAROLE BOLF,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GENERAL MOTORS CORPORATION,<br>GENERAL MOTORS NORTH AMERICA,<br>GENERAL MOTORS OF CANADA LIMITED,<br>and DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 3:05-cv-05374-PJH<br><br>**STIPULATION AND ORDER DISMISSING GENERAL MOTORS OF CANADA LIMITED WITHOUT PREJUDICE FROM ACTION** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated by and between plaintiffs FRANK BOLF and CAROLE BOLF and defendant GENERAL MOTORS CORPORATION, through their respective counsel of record, that plaintiffs' complaint and all causes of action alleged against GENERAL MOTORS OF CANADA LIMITED are hereby dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED: March 7, 2006.　　　　　　　　HINTON, ALFERT & SUMNER

　　　　　　　　　　　　　　　　　　　By _/s/ Elise R. Sanguinetti_
　　　　　　　　　　　　　　　　　　　　ELISE R. SANGUINETTI
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs BOLF

　　　　　　　　　　　　　　　　　　　BOWMAN AND BROOKE

　　　　　　　　　　　　　　　　　　　By _/s/ Ashley E. Day_
　　　　　　　　　　　　　　　　　　　　ASHLEY E. DAY
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　GENERAL MOTORS CORPORATION

- 2 -

1       IT IS ORDERED that defendant GENERAL MOTORS OF CANADA LIMITED is hereby
2   dismissed without prejudice from this action, with each party to bear its own attorneys' fees and
3   costs.
4   DATED: _____5/11/06_____

6   _____
    JUDGE OF THE UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*