Vincent Galvin, Jr. (#104448)
Barbara J. Frischholz (#088395)
Ashley E. LaMore (#245954)
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110-1355
Telephone: (408) 279-5393
Facsimile: (408) 279-5845

Attorneys for Defendant
General Motors Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK J. BOLF AND CAROLE BOLF, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS CORPORATION, GENERAL MOTORS NORTH AMERICA, GENERAL MOTORS OF CANADA LIMITED; and DOES 1 TO 100, inclusive <br><br> Defendants. | Case No. CV 05-05374 PJH <br><br> *(Assigned to the Honorable Phyllis Jean Hamilton)* <br><br> **STIPULATED REQUEST FOR THE COURT'S ORDER EXTENDING THE DATES FOR THE PARTIES' DISCOVERY AND [PROPOSED] ORDER** ; MODIFIED <br><br> Trial Date: 9/10/07 |

The parties, by and through their undersigned counsel, jointly request that the Court sign the attached order vacating the currently scheduled deadlines for discovery.

Pursuant to the Court's May 12, 2006 Pre-Trial Order, the parties' non-expert discovery cutoff is February 14, 2007, disclosure of experts is scheduled for March 14, 2007 and expert discovery cutoff is April 25, 2007. The parties have thus far limited discovery while actively attempting to reach a settlement in the case. Negotiations are active and continuing with retired

Justice Robert Dossee. Despite good faith efforts by both parties, a settlement has not to date been reached and further discovery is required. Therefore, the parties are requesting that the current deadlines for discovery be vacated. The trial date in this case is September 10, 2007. The parties are requesting the non-expert discovery cutoff be moved to April 16, 2007, expert disclosure be moved to April 20, 2007 and the expert discovery cutoff be moved to June 15, 2007.

This case involves a November 26, 2003 automobile accident in which plaintiff Frank Bolf was rendered a quadriplegic. Due to the extent of plaintiff's injuries, ample time for discovery is especially important.

For the foregoing reasons, good cause exists for the Court to sign the accompanying Order extending the currently scheduled deadlines for discovery.

Dated: January 11, 2007

BOWMAN AND BROOKE LLP

By _____
Barbara J. Frischholz, Esq.
1741 Technology Drive, Suite 200
San Jose, California 95110
Attorney for Defendant
General Motors Corporation

Dated: January 10, 2007

HINTON, ALFERT & SUMNER

By _____
Peter J. Hinton, Esq.
1646 No. California Boulevard,
Suite 600
Walnut Creek, California 94596
Attorney for Plaintiffs Bolf

```
 1  Dated:  January 10, 2007          GILBERT, FRANK, OLLANIK &
                                      KOMYATTE, P.C.
 2
 3                                    By  Carrie Frank per
                                      Stuart Ollanik, Esq.
 4                                    5400 Ward Road
                                      Building IV, Suite 200
 5                                    Arvada, Colorado  80002
                                      Co-Counsel for Plaintiffs Bolf
 6
 7
 8                              ORDER
```

The Court, having read the Stipulation of the parties, and good cause appearing therefore, orders:

PURSUANT TO STIPULATION, IT IS SO ORDERED that the non-expert discovery cutoff date shall be April 16, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the date for expert disclosure shall be April 20, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the expert discovery cutoff date shall be June 15, 2007.

DATED: 1/12/07

JUDGE PHYLLIS J. HAMILTON

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*

ALL OTHER DATES REMAIN UNCHANGED INCLUDING 5/16/07 DATE FOR HEARING OF DISPOSITIVE MOTIONS.

Vincent Galvin, Jr. (#104448)
Barbara J. Frischholz (#088395)
Ashley E. LaMore (#245954)
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA  95110-1355
Telephone:  (408) 279-5393
Facsimile:  (408) 279-5845


Attorneys for Defendant
General Motors Corporation


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK J. BOLF AND CAROLE BOLF, | Case No. CV 05-05374 PJH |
| Plaintiffs, | *(Assigned to the Honorable Phyllis Jean Hamilton)* |
| vs. | **DECLARATION OF BARBARA J. FRISCHHOLZ IN SUPPORT OF STIPULATED REQUEST FOR THE COURT'S ORDER EXTENDING THE DATES FOR THE PARTIES' DISCOVERY** |
| GENERAL MOTORS CORPORATION, GENERAL MOTORS NORTH AMERICA, GENERAL MOTORS OF CANADA LIMITED; and DOES 1 TO 100, inclusive | |
| Defendants. | |

I Barbara J. Frischholz, declare:

1. I am an attorney licensed to practice in California, and am one of the attorneys representing General Motors Corporation in this case.

2. I have personal knowledge of the matters in this declaration, and I can testify about them truthfully and competently.

1

3. This is a personal injury product liability action involving a November 26, 2003 automobile accident in which plaintiff Frank Bolf was rendered a quadriplegic.

4. Pursuant to the Court's May 12, 2006 Pre-Trial Order, the parties' non-expert discovery cutoff is February 14, 2007.

5. Pursuant to the Court's May 12, 2006 Pre-Trial Order, the date for the parties' expert disclosure is March 14, 2007.

6. Pursuant to the Court's May 12, 2006 Pre-Trial Order, the parties' expert discovery cutoff is April 25, 2006.

7. The parties have thus far limited discovery while actively attempting to reach a settlement in the case.

8. Negotiations are active and continuing with retired Justice Robert Dossee.

9. Despite good faith efforts by both parties, a settlement has to date not been reached and both parties agree that further discovery is required and cannot be completed by the Court appointed deadlines.

10. The case is currently set for trial on September 10, 2007.

11. Due to the nature and extent of plaintiff's injuries, ample time for discovery is especially important.

12. Therefore, we respectfully request that the expert discovery cutoff be continued to April 16, 2007, expert disclosure be moved to April 20, 2007 and the non-expert discovery cutoff be moved to June 11, 2007.

2
DECLARATION OF BARBARA J. FRISCHHOLZ IN SUPPORT OF STIPULATED REQUEST FOR THE COURT'S ORDER EXTENDING THE DATES FOR THE PARTIES' DISCOVERY
::ODMA\PCDOCS\SJO\183536\1

I declare under penalty of perjury that the foregoing statements are true and correct.  Dated this 11th date of January, 2007 at San Jose, California.

_____
Barbara J. Frischholz