Vincent Galvin, Jr. (#104448)
Barbara J. Frischholz (#088395)
Ashley E. LaMore (#245954)
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110-1355
Telephone: (408) 279-5393
Facsimile: (408) 279-5845

Attorneys for Defendant
General Motors Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK J. BOLF AND CAROLE BOLF, | Case No. CV 05-05374 PJH |
| Plaintiffs, | STIPULATION AND ORDER OF DISMISSAL |
| vs. | |
| GENERAL MOTORS CORPORATION, GENERAL MOTORS NORTH AMERICA, GENERAL MOTORS OF CANADA LIMITED; and DOES 1 TO 100, inclusive | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated by and between plaintiffs Frank J. Bolf and Carole Bolf and defendant General Motors Corporation, through their respective counsel of record, that plaintiffs' Complaint and all causes of action thereof are hereby dismissed with prejudice, each party to bear its owns attorneys fees and costs.

Dated: June 7, 2007

HINTON, ALFERT & SUMNER

Peter J. Hinton
Attorney for Plaintiffs

///

///

1
STIPULATION AND ORDER OF DISMISSAL

::ODMA\PCDOCS\SJO\189905\1

Dated: June 8, 2007

BOWMAN AND BROOKE LLP

Ashley E. LaMore
Attorneys for Defendant
General Motors Corporation

IT IS ORDERED that this action is dismissed with prejudice, with each party to bear it's own attorneys fees and costs.

Dated: June 25, 2007

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton

JUDGE OF THE DISTRICT COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION AND ORDER OF DISMISSAL

::ODMA\PCDOCS\SJO\189905\1